UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MIKHAIL NITELSHPUR, ) Case No. CV 08-6421-SJO (MLG)
)
    Petitioner, ) JUDGMENT
)
    v. )
)
SOCIAL SECURITY ADMINISTRATION, )
)
    Respondent. )
)

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: 12/16/08

S. James Otero
United States District Judge